

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2016

No. 04-16-00002-CV

**IN THE INTEREST OF J.C.W.**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504960
Honorable Nick Catoe, Jr., Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for reconsideration of denial of oral argument, and the motion is DENIED.

It is so **ORDERED** on November 30, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court